UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JOCELYNE ABEL,

    Plaintiff,

v.

AVAILABLE DRY CLEANERS LLC,
JOHNNY MAALOUF,

    Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, JOCELYNE ABEL ("Abel"), brings this action against Defendants, AVAILABLE DRY CLEANERS LLC ("ADC") and JOHNNY MAALOUF ("Maalouf"), and alleges as follows:

1. This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201-219 ("FLSA"). Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Abel was a resident of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, ADC was a Florida corporation that regularly transacted business in Broward County, Florida.

4. Maalouf is an FLSA employer as defined in 29 U.S.C. § 203(d), is an owner and/or manager of ADC, ran the day-to-day operations and had operational control over ADC, and was directly involved in decisions affecting duties, employee compensation, and hours worked by employees, such as Abel.

5. ADC's business involves dry cleaning.

6. Defendants have employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce including but not limited to computers, phones, pens, and paper.

7. Upon information and belief, ADC's gross sales or business done was in excess of $500,000 per year at all times material hereto.

8. ADC was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

9. At all times material hereto, ADC and the dry cleaning businesses operated at 3427 Hiatus Rd, Sunrise, FL 33351, 163 Powerline Rd, Deerfield Beach, FL 33442, 3240 W Commercial Blvd, Fort Lauderdale, FL 33309, and 2550 W Commercial Blvd, Tamarac, FL were a single enterprise under the FLSA, performed related activites through unified operation and common control for a common business purpose, engaged along with their employees in interstate commerce, and upon information and belief have combined annual gross sales and/or business volume of $500,000 or more.

10. ADC and the dry cleaning businesses operated at 3427 Hiatus Rd, Sunrise, FL 33351, 163 Powerline Rd, Deerfield Beach, FL 33442, and 3240 W Commercial Blvd, Fort Lauderdale, FL 33309 were joint employers of Abel under the FLSA, shared Abel's services, had Abel acting in the interest of each business, and shared common control of Abel.

11. Abel worked for Defendants as a presser.

12. Defendants failed to pay Abel's full and proper minimum wages.

13. Defendants failed to pay Abel's full and proper overtime wages.

14. Defendants knowingly and willfully refused to pay Abel's legally-entitled wages.

15. Attached as **Exhibit A** is a preliminary calculation of Abel's claims. These amounts may change as Abel engages in the discovery process.

16. Abel retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF THE FAIR LABOR STANDARDS ACT
## AGAINST ALL DEFENDANTS

17. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-16 above as if set forth herein in full.

18. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216(b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

19. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
800 East Cypress Creek Road Suite 421
Fort Lauderdale, Florida 33334
Tel:   (786) 924-9929
Fax:   (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791